MILLER & SONS COMPANY, Appellant, *v.* E. M. SERGEANT
COMPANY, Respondent.

*Appeal dismissed — failure to serve notice of appeal and undertaking within time limited.*

*Miller & Sons Co.* v. *Sergeant Co.*, 191 App. Div. 814, appeal dismissed.

(Submitted September 27, 1920; decided October 5, 1920.)

MOTION to dismiss an appeal, by permission, from a judgment entered May 25, 1920, in favor of defendant upon an order of the Appellate Division of the Supreme Court in the first judicial department which reversed a determination of the Appellate Term affirming a judgment of the City Court of the city of New York in favor of plaintiff and directed judgment in favor of defendant.

The motion was made upon the ground of failure to serve and file the notice of appeal and undertaking within the time limited by statute.

*John Ewen* for motion.

*David R. Bernstein* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.